The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br>　　　　　　Plaintiff,<br><br>v.<br><br>ROSALINDA HERRERA HEREDIA, individually and as parent and guardian of A.R.H., a minor; JUAN REYES TAPIA; LESLIE REYES-HERRERA; ANA HERRERA HEREDIA, individually and as parent and guardian of E.H., a minor; EDUARDO HERNANDEZ HERRERA; SAMPSON KWAKU GYAN and GEORGINA TWUMWAA GYAN, both individually and as parents and guardians of M.G., a minor; AMANDA POMAA GYAN; FRANCIS KWADWO GYAN; ANGELINA ADOMA GYAN; MEUY CHANG SAETURN and BUON DUANGPRASAERT, both individually and as parents and guardians of A.D., a minor; GIFTY EGHAN; JOYCE MENSAH, individually and as parent and guardian of E.D., a minor, and JUSTIN ALEXANDER (as assignees of VIP International Real Estate Group, Inc.); and VIP International Real Estate Group, Inc., a Washington corporation.<br>　　　　　　Defendants. | NO.  2:24-cv-00917-JCC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 2, 2024** |

STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT - 1

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave W, #300 | Seattle, WA  98119
Tel: 206-448-1777

WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff and Defendants stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint until November 1, 2024.  Counsel for Plaintiff and Defendants have conferred regarding this request.  Good cause exists for this request because there are numerous defendants who require more time to adequately investigate and respond.

By execution of this stipulation, Defendants do not waive any defenses.  Each side preserves all of their respective rights and positions, and both sides agree that the execution of this stipulation shall not impact their respective rights and positions.

WHEREAS, Defendants have not requested previous extensions from this Court.  A proposed order is submitted with this stipulation.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their counsel and subject to approval of this Court.

DATED this 2nd day of October, 2024.

STRITMATTER KESSLER KOEHLER MOORE

s/ Brad J. Moore
BRAD J. MOORE, WSBA #21802
s/ Andrew Ackley
ANDREW ACKLEY, WSBA #41752
s/ Lisa Benedetti
LISA BENEDETTI, WSBA #43194
brad@stritmatter.com
andrew@stritmatter.com
lisa@stritmatter.com
Counsel for Defendants

LAW OFFICES OF ANNA R. TSEYTLIN, PLLC

s/ Anna R. Tseytlin
ANNA R. TSEYTLIN, WSBA #37560
s/ Alan M. Singer
ALAN M. SINGER, WSBA #31302
6720 Fort Dent Way, Suite 150

Tukwila, WA 98188
(425) 524-4600
atseytlin@tseytlinlaw.com
asinger@tseytlinlaw.com
Co-Counsel for Defendants

DLA PIPER LLP (US)

s/ Anthony Todaro
Anthony Todaro, WSBA No. 30391
s/ Austin Rainwater
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax: (206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com
E-mail: austin.rainwater@us.dlapiper.com
Attorneys for Plaintiff Continental Casualty Company

**PROPOSED ORDER**

Based upon the foregoing Stipulation, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Defendants to file their Response Answer to Plaintiff's First Amended Complaint is extended by thirty (30) days and is now due on or before November 1, 2024.

Dated this 3rd day of October, 2024.

_/s/ John C. Coughenour_
The Honorable John C. Coughenour
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT - 4

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave W, #300 | Seattle, WA 98119
Tel: 206-448-1777