HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROSALINDA HERRERA HEREDIA, individually and as parent and guardian of A.R.H., a minor; JUAN REYES TAPIA; LESLIE REYES-HERRERA; ANA HERRERA HEREDIA, individually and as parent and guardian of E.H., a minor; EDUARDO HERNANDEZ HERRERA; SAMPSON KWAKU GYAN and GEORGINA TWUMWAA GYAN, both individually and as parents and guardians of M.G., a minor; AMANDA POMAA GYAN; FRANCIS KWADWO GYAN; ANGELINA ADOMA GYAN; MEUY CHANG SAETURN and BUON DUANGPRASAERT, both individually and as parents and guardians of A.D., a minor; GIFTY EGHAN; JOYCE MENSAH, individually and as parent and guardian of E.D., a minor, JUSTIN ALEXANDER (as assignees of VIP International Real Estate Group, Inc.); and VIP International Real Estate Group, Inc., a Washington corporation,<br><br>Defendants. | Case No. 2:24-cv-00917<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 25, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES - 1
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Plaintiff Continental Casualty Company ("Continental"), and Defendants Rosalinda Herrera Heredia, A.R.H., Juan Reyes Tapia, Leslie Reyes-Herrera, Ana Herrera Heredia, E.H., Eduardo Hernandez Herrera, Sampson Kwaku Gyan, Georgina Twumwaa Gyan, MG., Amanda Pomaa Gyan, Francis Kwadwo Gyan, Angelina Adoma Gyan, Meuy Chang Saeturn, Buon Duangprasaert, A.D., Gifty Eghan, Joyce Mensah, E.D., and Justin Alexander (the "Individual Defendants") and Defendant VIP International Real Estate Group, Inc. ("VIP"), (collectively, the "Parties"), stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On October 3, 2024, the Court issued a Minute Order Setting Initial Case Management Dates ordering the parties to conduct a Rule 26(f) conference no later than November 14, 2024, exchange initial disclosures by November 21, and submit the Joint Status Report by November 29. Dkt. No. 23.

2. All parties participated in a Rule 26(f) conference on November 7, 2024, and the parties have continued to discuss various discovery issues and deadlines in this case and, in light of the upcoming holiday, VIP's pending motion to dismiss (Dkt. No. 29), and other matters, the parties need additional time to discuss the issues to be included in the Joint Status Report. As such, the parties request the initial disclosure and Joint Status Report deadlines be extended to December 13, 2024.

3. On November 21, 2024, consistent with Fed. R. Civ. P. 6(b)(1)(A) and prior to the deadline for initial disclosures expiring, counsel for Plaintiff emailed the Court to informally request an extension, but have not yet received a response.

4. Accordingly, the parties respectfully request that the Court, for good cause shown, extend the initial disclosure and Joint Status Report deadlines to <u>December 13, 2024</u>.

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES - 2
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Dated this 25th day of November, 2024

| | |
|---|---|
| DLA PIPER LLP (US) | STRITMATTER KESSLER KOEHLER MOORE |
| *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:  (206) 839-4800<br>Fax:  (206) 839-4801<br>E-mail: anthony.todaro@us.dlapiper.com<br>E-mail: austin.rainwater@us.dlapiper.com<br><br>*Attorneys for Plaintiff Continental Casualty Company* | *s/ Andrew Ackley*<br>Brad J. Moore, WSBA No. 21802<br>Andrew Ackley, WSBA No. 41752<br>Lisa Benedetti, WSBA No. 43194<br><br>3600 15th Ave W, #300<br>Seattle, Washington 98119<br>Tel:  (206) 448-1777<br>E-mail: brad@stritmatter.com<br>E-mail: andrew@stritmatter.com<br>E-mail: lisa@stritmatter.com |
| INSLEE BEST DOEZIE & RYDER | LAW OFFICES OF ANNA R. TSEYTLIN, PLLC |
| *s/ Mark S. Leen*<br>Mark S. Leen, WSBA No. 35934<br>Kyung Sun Park, WSBA No. 59912<br>10900 NE 4th Street<br>Bellevue, WA 98004<br>(425) 455-1234<br>E-mail: mleen@insleebest.com<br>E-mail: kpark@insleebest.com<br><br>*Attorneys for Defendant VIP International Real Estate Group, Inc.* | *s/ Anna R. Tseytlin*<br>Anna R. Tseytlin, WSBA No. 37560<br>Alan M. Singer, WSBA No. 31302<br>6720 Fort Dent Way, Suite 150<br>Tukwila, WA 98188<br>Tel:  (425) 524-4600<br>E-mail: atseytlin@tseytlinlaw.com<br>E-mail: asinger@tseytlinlaw.com<br><br>*Attorneys for Defendants Rosalinda Herrera Heredia, A.R.H., Juan Reyes Tapia, Leslie Reyes-Herrera, Ana Herrera Heredia, E.H., Eduardo Hernandez Herrera, Sampson Kwaku Gyan, Georgina Twumwaa Gyan, MG., Amanda Pomaa Gyan, Francis Kwadwo Gyan, Angelina Adoma Gyan, Meuy Chang Saeturn, Buon Duangprasaert, A.D., Gifty Eghan, Joyce Mensah, E.D., and Justin Alexander* |

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of November, 2024.

HONORABLE JOHN C. COUGHENOUR
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES - 4
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

*PRESENTED BY:*

| | |
|---|---|
| DLA PIPER LLP (US) | STRITMATTER KESSLER KOEHLER MOORE |

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   (206) 839-4800
Fax:   (206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com
E-mail: austin.rainwater@us.dlapiper.com

*Attorneys for Plaintiff Continental Casualty Company*

*s/ Brad J. Moore*
Brad J. Moore, WSBA No. 21802
Andrew Ackley, WSBA No. 41752
Lisa Benedetti, WSBA No. 43194

3600 15th Ave W, #300
Seattle, Washington 98119
Tel:   (206) 448-1777
E-mail: brad@stritmatter.com
E-mail: andrew@stritmatter.com
E-mail: lisa@stritmatter.com

INSLEE BEST DOEZIE & RYDER

LAW OFFICES OF ANNA R. TSEYTLIN, PLLC

*s/ Mark S. Leen*
Mark S. Leen, WSBA No. 35934
Kyung Sun Park, WSBA No. 59912
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234
E-mail: mleen@insleebest.com
E-mail: kpark@insleebest.com

*Attorneys for Defendant VIP International Real Estate Group, Inc.*

*s/ Anna R. Tseytlin*
Anna R. Tseytlin, WSBA No. 37560
Alan M. Singer, WSBA No. 31302
6720 Fort Dent Way, Suite 150
Tukwila, WA 98188
Tel:   (425) 524-4600
E-mail: atseytlin@tseytlinlaw.com
E-mail: asinger@tseytlinlaw.com

*Attorneys for Defendants Rosalinda Herrera Heredia, A.R.H., Juan Reyes Tapia, Leslie Reyes-Herrera, Ana Herrera Heredia, E.H., Eduardo Hernandez Herrera, Sampson Kwaku Gyan, Georgina Twumwaa Gyan, MG., Amanda Pomaa Gyan, Francis Kwadwo Gyan, Angelina Adoma Gyan, Meuy Chang Saeturn, Buon Duangprasaert, A.D., Gifty Eghan, Joyce Mensah, E.D., and Justin Alexander*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the parties.

Dated this 25th day of November, 2024.

*s/ Jacey Bittle*
Jacey Bittle, Legal Executive Assistant

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES - 6
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800