HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROSALINDA HERRERA HEREDIA, individually and as parent and guardian of A.R.H., a minor; JUAN REYES TAPIA; LESLIE REYES-HERRERA; ANA HERRERA HEREDIA, individually and as parent and guardian of E.H., a minor; EDUARDO HERNANDEZ HERRERA; SAMPSON KWAKU GYAN and GEORGINA TWUMWAA GYAN, both individually and as parents and guardians of M.G., a minor; AMANDA POMAA GYAN; FRANCIS KWADWO GYAN; ANGELINA ADOMA GYAN; MEUY CHANG SAETURN and BUON DUANGPRASAERT, both individually and as parents and guardians of A.D., a minor; GIFTY EGHAN; JOYCE MENSAH, individually and as parent and guardian of E.D., a minor, JUSTIN ALEXANDER (as assignees of VIP International Real Estate Group, Inc.); and VIP International Real Estate Group, Inc., a Washington corporation,<br><br>Defendants. | Case No. 2:24-cv-00917<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>December 9, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 1
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Plaintiff Continental Casualty Company ("Continental"), and Defendant VIP International Real Estate Group, Inc. ("VIP") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On November 18, 2024, VIP filed a motion to dismiss Continental's claims against VIP in this case, with a noting date of December 20, 2024. Dkt. No. 29. Pursuant to Local Civil Rule 7(d)(4), Continental's response date would ordinarily be due on December 9, 2024.

2. VIP and Continental have conferred and agreed to extend Continental's response deadline until December 13, 2024, to account for the Thanksgiving holiday. The parties agree that VIP's reply and the noting date for the motion shall remain December 20, 2024.

3. Accordingly, VIP and Continental respectfully request that the Court extend Continental's response deadline to December 13, 2024.

Dated this 9th day of December, 2024

| DLA PIPER LLP (US) | INSLEE BEST DOEZIE & RYDER |
|---|---|
| *s/ Anthony Todaro* <br> Anthony Todaro, WSBA No. 30391 <br> Austin Rainwater, WSBA No. 41904 <br> 701 Fifth Avenue, Suite 6900 <br> Seattle, Washington 98104-7029 <br> Tel:   (206) 839-4800 <br> Fax:   (206) 839-4801 <br> E-mail: anthony.todaro@us.dlapiper.com <br> E-mail: austin.rainwater@us.dlapiper.com <br><br> *Attorneys for Plaintiff Continental Casualty Company* | *s/ Mark S. Leen* <br> Mark S. Leen, WSBA No. 35934 <br> Kyung Sun Park, WSBA No. 59912 <br> 10900 NE 4th Street <br> Bellevue, WA 98004 <br> (425) 455-1234 <br> E-mail: mleen@insleebest.com <br> E-mail: kpark@insleebest.com <br><br> *Attorneys for Defendant VIP International Real Estate Group, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of December, 2024.

HONORABLE JOHN C. COUGHENOUR
United States District Judge

*PRESENTED BY:*

| DLA PIPER LLP (US) | INSLEE BEST DOEZIE & RYDER |
|---|---|
| *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   (206) 839-4800<br>Fax:   (206) 839-4801<br>E-mail: anthony.todaro@us.dlapiper.com<br>E-mail: austin.rainwater@us.dlapiper.com<br><br>*Attorneys for Plaintiff Continental Casualty Company* | *s/ Mark S. Leen*<br>Mark S. Leen, WSBA No. 35934<br>Kyung Sun Park, WSBA No. 59912<br>10900 NE 4th Street<br>Bellevue, WA 98004<br>(425) 455-1234<br>E-mail: mleen@insleebest.com<br>E-mail: kpark@insleebest.com<br><br>*Attorneys for Defendant VIP International Real Estate Group, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the parties.

Dated this 9th day of December, 2024.

*s/ Jacey Bittle*
Jacey Bittle, Legal Executive Assistant

STIPULATED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 4
Case No. 2:24-cv-00917

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800