HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROSALINDA HERRERA HEREDIA, individually and as parent and guardian of A.R.H., a minor; JUAN REYES TAPIA; LESLIE REYES-HERRERA; ANA HERRERA HEREDIA, individually and as parent and guardian of E.H., a minor; EDUARDO HERNANDEZ HERRERA; SAMPSON KWAKU GYAN and GEORGINA TWUMWAA GYAN, both individually and as parents and guardians of M.G., a minor; AMANDA POMAA GYAN; FRANCIS KWADWO GYAN; ANGELINA ADOMA GYAN; MEUY CHANG SAETURN and BUON DUANGPRASAERT, both individually and as parents and guardians of A.D., a minor; GIFTY EGHAN; JOYCE MENSAH, individually and as parent and guardian of E.D., a minor, JUSTIN ALEXANDER (as assignees of VIP International Real Estate Group, Inc.); and VIP International Real Estate Group, Inc., a Washington corporation,<br><br>Defendants. | Case No. 2:24-cv-00917<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE VIP INTERNATIONAL REAL ESTATE GROUP, INC.'S MOTION TO DISMISS (DKT. 29)**<br><br>**NOTE ON MOTION CALENDAR:**<br>December 20, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE VIP INTERNATIONAL REAL ESTATE GROUP, INC.'S MOTION TO DISMISS (DKT. 29)- 1
Case No. 2:24-cv-00917
10968767.1 - 357567 - 0014

Inslee Best
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234

Plaintiff Continental Casualty Company ("Continental"), and Defendant VIP International Real Estate Group, Inc. ("VIP"), (collectively, the "Parties"), stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On November 18, 2024, VIP filed a motion to dismiss ("Motion") noted for December 20, 2024. This action was brought by Continental to establish its rights and obligations, or lack thereof, relative to a contract for insurance issued to Defendant VIP.

2. On December 9, 2024, the Court entered a stipulated order adjusting the briefing schedule related to the Motion such that Continental's Response would be due on December 13, 2024, and VIP's Reply would be due on December 20, 2024.

3. Due to the illness of one of the attorneys participating in drafting VIP's Reply and in light of the holidays and plans of Continental's lead counsel to be out of the office from December 26 through and including January 1, the parties stipulate and agree good cause exists to extend the noting date for the Motion to December 23, set the date for the Reply to be filed as December 23, and grant Continental until January 6, 2025, to file any surreply consistent with LCR 7(g).

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES RE VIP
INTERNATIONAL REAL ESTATE GROUP, INC.'S
MOTION TO DISMISS (DKT. 29)- 2
Case No. 2:24-cv-00917
10968767.1 - 357567 - 0014

Inslee Best
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234

Dated this 20th day of December, 2024

| DLA PIPER LLP (US) | INSLEE BEST DOEZIE & RYDER |
|---|---|
| s/ Austin Rainwater<br>Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   (206) 839-4800<br>Fax:   (206) 839-4801<br>E-mail: anthony.todaro@us.dlapiper.com<br>E-mail: austin.rainwater@us.dlapiper.com<br><br>*Attorneys for Plaintiff Continental Casualty Company* | s/ Mark S. Leen<br>Mark S. Leen, WSBA No. 35934<br>Kyung Sun Park, WSBA No. 59912<br>10900 NE 4th Street<br>Bellevue, WA 98004<br>(425) 455-1234<br>E-mail: mleen@insleebest.com<br>E-mail: kpark@insleebest.com<br><br>*Attorneys for Defendant VIP International Real Estate Group, Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE VIP INTERNATIONAL REAL ESTATE GROUP, INC.'S MOTION TO DISMISS (DKT. 29)- 3
Case No. 2:24-cv-00917
10968767.1 - 357567 - 0014

Inslee Best
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234

**ORDER**

IT IS SO ORDERED.

Dated this  20th day of December, 2024.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

*PRESENTED BY:*

| | |
|---|---|
| DLA PIPER LLP (US) | INSLEE BEST DOEZIE & RYDER |
| *s/ Austin Rainwater* <br>Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   (206) 839-4800<br>Fax:   (206) 839-4801<br>E-mail: anthony.todaro@us.dlapiper.com<br>E-mail: austin.rainwater@us.dlapiper.com<br><br>*Attorneys for Plaintiff Continental Casualty Company* | *s/ Mark S. Leen*<br>Mark S. Leen, WSBA No. 35934<br>Kyung Sun Park, WSBA No. 59912<br>10900 NE 4th Street<br>Bellevue, WA 98004<br>(425) 455-1234<br>E-mail: mleen@insleebest.com<br>E-mail: kpark@insleebest.com<br><br>*Attorneys for Defendant VIP International Real Estate Group, Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE VIP INTERNATIONAL REAL ESTATE GROUP, INC.'S MOTION TO DISMISS (DKT. 29)- 4
Case No. 2:24-cv-00917
10968767.1 - 357567 - 0014

Inslee Best
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the parties.

Dated this 20th day of December, 2024.

*s/ Mark S. Leen*
Mark S. Leen, WSBA No. 35934
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234
E-mail: mleen@insleebest.com

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES RE VIP
INTERNATIONAL REAL ESTATE GROUP, INC.'S
MOTION TO DISMISS (DKT. 29)- 5
Case No. 2:24-cv-00917
10968767.1 - 357567 - 0014

Inslee Best
10900 NE 4th Street
Bellevue, WA 98004
(425) 455-1234