THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONTINENTAL CASUALTY COMPANY,

Plaintiff,

v.

ROSALINDA HERRERA HEREDIA, *et al.*

Defendants.

CASE NO. C24-0917-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Docket Number 59, the Court extended Defendants' response deadline to Plaintiff's motion for summary judgment (Dkt. No. 52) to June 9, 2025, and extended Plaintiff's reply deadline to June 16, 2025. However, based on its communications with counsel, the Court understands that counsel for Defendant VIP requires additional time to finalize its response submission. The other parties do not oppose the extension, and, in turn, Plaintiff requests a reciprocal extension, to which the other parties again do not oppose. Accordingly, the Court finds good cause to modify the briefing schedule. Defendant VIP shall file its response brief on or before June 10, 2025. Plaintiff shall file its reply brief on or before June 17, 2025.

DATED this 10th day of June 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk