*Honorable John C. Coughenour*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROSALINDA HERRERA HEREDIA, individually and as parent and guardian of A.R.H., a minor; JUAN REYES TAPIA; LESLIE REYES-HERRERA; ANA HERRERA HEREDIA, individually and as parent and guardian of E.H., a minor; EDUARDO HERNANDEZ HERRERA; SAMPSON KWAKU GYAN and GEORGIA TWUMWAA GYAN, both individually and as parents and guardians of M.G., a minor; AMANDA POMAA GYAN; FRANCIS KWADWO GYAN; ANGELINA ADOMA GYAN; MEUY CHANG SAETURN and BUON DUANGRASAERT, both individually and as parents and guardians of A.D., a minor; GIFTY EGHAN; JOYCE MENSAH, individually and as parent and guardian of E.D., a minor, JUSTIN ALEXANDER (as assignees of VIP International Real Estate Group, Inc.); and VIP International Real Estate Group, Inc., a Washington corporation,<br><br>　　　　　　　　　　　　Defendants. | No. 2:24-cv-00917-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES RE: CONTINENTAL CASUALTY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 104)<br><br>NOTE ON MOTION CALENDAR: December 1, 2025 |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND DEADLINES - 1

Smith Goodfriend, P.S.
1619 8ᵀᴴ Avenue North
Seattle, Washington 98109
(206) 624-0974   fax (206) 624-0809

Plaintiff Continental Casualty Company ("Continental"), and Defendant VIP International Real Estate Group, Inc. ("VIP") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On November 20, 2025, Continental filed a Motion for Judgment on the Pleadings ("Motion") noted for December 18, 2025.

2. The Parties have stipulated and agreed that, in order to accommodate work and personal needs, good cause exists to extend the noting date to December 23, 2025, to set the date for a response to Continental's motion to be filed as December 15, 2025, and to set the date for a reply to be filed as December 23, 2025.

DATED this 1st day of December, 2025.

| HOLLAND & KNIGHT (WA) | SMITH GOODFRIEND, P.S. |
|---|---|
| *s/ Austin Rainwater*<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 4700<br>Seattle, Washington 98104-7029<br>Tel: 206-505-4000<br>Email: austin.rainwater@hklaw.com | *s/Ian C. Cairns*<br>Ian C. Cairns, WSBA No. 43210<br>Howard M. Goodfriend, WSBA No. 14355<br>1619 8th Avenue North<br>Seattle, WA 98109<br>(206) 624-0974<br>ian@washingtonappeals.com<br>howard@washingtonappeals.com |
| *Attorneys for Plaintiff Continental Casualty Company* | *Attorneys for Defendant VIP International Real Estate Group, Inc.* |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND DEADLINES - 2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

**ORDER**

IT IS SO ORDERED.

Dated this 1st day of December, 2025.

*[signature: John C. Coughenour]*

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

*PRESENTED BY:*

| HOLLAND & KNIGHT (WA) | SMITH GOODFRIEND, P.S. |
|---|---|
| *s/ Austin Rainwater* | *s/Ian C. Cairns* |
| Austin Rainwater, WSBA No. 41904 | Ian C. Cairns, WSBA No. 43210 |
| 701 Fifth Avenue, Suite 4700 | Howard M. Goodfriend, WSBA No. 14355 |
| Seattle, Washington 98104-7029 | 1619 8th Avenue North |
| Tel: 206-505-4000 | Seattle, WA 98109 |
| Email: austin.rainwater@hklaw.com | (206) 624-0974 |
|  | ian@washingtonappeals.com |
|  | howard@washingtonappeals.com |
| *Attorneys for Plaintiff Continental Casualty Company* | *Attorneys for Defendant VIP International Real Estate Group, Inc.* |

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** at Atlanta, Georgia this 1st day of December, 2025.

*/s/Andrienne E. Pilapil*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINES - 4

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809